**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 15-cr-00219-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  JEROLD LALO HERNANDEZ,

    Defendant.

---

### MINUTE ORDER[1]

---

    The matter is before the court *sua sponte*. Due to unavoidable and unforeseen circumstances, the sentencing hearing set April 21, 2015, must be vacated.

    **THEREFORE, IT IS ORDERED** as follows:

    1.  That the sentencing hearing set April 21, 2016, is vacated and continued pending further order;

    2.  That on **April 21, 2016**, at 10:00 a.m. (MDT), the court shall conduct a telephonic (non-appearance) setting conference to reset the sentencing hearing; and

    3.  That counsel for the government shall arrange, initiate, and coordinate the conference call to chambers at **303-335-2350** to facilitate the setting conference.

    Dated: April 20, 2016

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.